IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 23-1212 (JLH) |
| SANDOZ INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**

The Court, upon the consent and request of Plaintiff AbbVie Inc. ("AbbVie") and Defendant Sandoz Inc. ("Sandoz"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned action.

**STIPULATION**

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over AbbVie and Sandoz for purposes of the Action.

2. Venue is proper in this Court as to AbbVie and Sandoz for the Action.

3. AbbVie has asserted claims against Sandoz for infringement of 11,542,239 (the "'239 Patent"), 11,690,845 (the "'845 Patent"), 11,690,854 (the "'854 Patent"), and 11,707,464 (the "'464 Patent") in connection with Sandoz's submission of Abbreviated New Drug Application ("ANDA") 217551 directed to generic elagolix sodium oral tablet products (eq. 150 mg base, eq. 200 mg base) to the U.S. Food and Drug Administration ("FDA").

4. Sandoz admits that the '239 Patent, the '845 Patent, the '854 Patent, and the '464 Patent are enforceable, valid, and would be infringed by the commercial manufacture, use, and/or sale within the United States of the generic elagolix sodium oral tablet products (eq. 150 mg base, eq. 200 mg base) that are the subject of Sandoz's ANDA 217551.

5. Sandoz admits that the submission of ANDA 217551 to the FDA for purposes of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale within the United States of the generic elagolix sodium oral tablet products (eq. 150 mg base, eq. 200 mg base) was an act of infringement of each of the '239 Patent, the '845 Patent, the '854 Patent, and the '464 Patent under 35 U.S.C. § 271(e)(2)(A).

6. The parties agree that all other claims, counterclaims, and defenses asserted against each other in AbbVie's and Sandoz's pleadings in the Action, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of AbbVie and Sandoz, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA 217551 was an act of infringement of each of the '239 Patent, the '845 Patent, the '854 Patent, and the '464 Patent under 35 U.S.C. § 271(e)(2)(A).

2. All other claims, counterclaims, and defenses asserted by the parties against each other in AbbVie's and Sandoz's pleadings in the Action, including the allegations and averments contained therein are hereby dismissed, without prejudice.

3. Sandoz, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic elagolix sodium oral tablet products (eq. 150 mg base, eq. 200 mg base) described by ANDA 217551 during the life of any of the '239 Patent, the '845 Patent, the '854 Patent, and the '464 Patent, including any

extensions and pediatric exclusivities thereof, absent a license agreement or other authorization by AbbVie.

4. AbbVie and Sandoz each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over AbbVie and Sandoz for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve the Action between the Parties.

7. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Sandoz and AbbVie regarding any of the '239 Patent, the '845 Patent, the '854 Patent, and the '464 Patent, and a product other than generic elagolix sodium oral tablet products (eq. 150 mg base, eq. 200 mg base) described by ANDA 217551.

8. Nothing in this Stipulation And Order prohibits Sandoz from maintaining a Paragraph IV certification to the '239 Patent, the '845 Patent, the '854 Patent, and the '464 Patent in ANDA 217551, nor prevents FDA from granting approval of ANDA 217551.

9. The thirty-month stay against approval of the ANDA 217551 is terminated as of the date of this Stipulation and Order.

10. The Clerk of the Court is directed to enter this Stipulation And Order forthwith in the Action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Jeremy A. Tigan* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Sandoz Inc.* |
| *Attorneys for Plaintiff AbbVie Inc.* | |

January 26, 2024

**SO ORDERED:**

This __29th__ day of __January__, 2024.

_____
HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT JUDGE

4